**RALPH GONNOCCI REVOCABLE LIVING TRUST, Plaintiff–Appellee,**

and

**Ralph Gonnocci, Plaintiff,**

v.

**THREE M. TOOL AND MACHINE, INCORPORATED, Ultra Grip International, Incorporated, Three M Holding Company, Incorporated, Ultra Grip North, and Michael A. Medwid, Defendants–Appellants.**

No. 2006–1543.

United States Court of Appeals, Federal Circuit.

Feb. 2, 2007.

---

*ORDER*

Upon consideration of the joint motion to voluntarily dismiss the appeal filed by

---

\* On November 27, 2006, Three M. Tool's appeal was inadvertently dismissed when the lead appeal, 2006–1521, was dismissed for

Three M. Tool and Machine, Inc., et al. from the judgment of the United States District Court for the Eastern District of Michigan in 02–CV–74796.

IT IS ORDERED THAT:

(1) The motion is granted. The mandate in 2006–1543 is recalled,\* the appeal is voluntarily dismissed, and the mandate is reissued.

(2) Each side shall bear its own costs.

failure to file a brief. Thus, we recall the mandate for the limited purpose of indicating that 2006–1543 is voluntarily dismissed.